**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Perillon Software Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3067085** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **33  Nagog Park**<br>**Acton, MA 01720**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Middlesex**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.perillon.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor      **Perillon Software Inc.**                                                    Case number (*if known*) _____

Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

|  | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
|  | District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

|  | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
|  | District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **Perillon Software Inc.**                                          Case number (*if known*) _____
            Name

---

**11.  Why is the case filed in     *Check all that apply:***
       *this district?*
                                    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or     ■ No**
       **have possession of any     ☐ Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **real property or personal
       property that needs
       immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?**  _____
                                                                 Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.    Insurance agency    _____

                                               Contact name        _____

                                               Phone               _____

---

███    **Statistical and administrative information**

**13.  Debtor's estimation of     .     *Check one:***
       **available funds**
                                    ■  Funds will be available for distribution to unsecured creditors.

                                    ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**     ☐ 1-49                      ☐ 1,000-5,000               ☐ 25,001-50,000
       **creditors**             ■ 50-99                     ☐ 5001-10,000               ☐ 50,001-100,000
                                  ☐ 100-199                   ☐ 10,001-25,000             ☐ More than100,000
                                  ☐ 200-999

---

**15.  Estimated Assets**        ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**   ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor     **Perillon Software Inc.**                                                          Case number (*if known*) _____
Name

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 22, 2019**
                MM / DD / YYYY

X **/s/ Bardwell C. Salmon**                                **Bardwell C. Salmon**
Signature of authorized representative of debtor            Printed name

Title     **Chief Executive Officer**

---

**18. Signature of attorney**

X **/s/ David B. Madoff**                                Date  **March 22, 2019**
Signature of attorney for debtor                                MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone  **508-543-0040**        Email address   **alston@mandkllp.com**

**552968 MA**
Bar number and State

Debtor    **Perillon Software Inc.**                                                    Case number (if known)
          _____
          Name

███████  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/22/19
              MM / DD / YYYY

X _____        **Bardwell C. Salmon**
   Signature of authorized representative of debtor        Printed name

   Title   **Chief Executive Officer**


**18. Signature of attorney**   X _____        Date   3/22/19
                                    Signature of attorney for debtor                MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone   **508-543-0040**        Email address   **alston@mandkllp.com**

**552968 MA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Perillon Software Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs**    *20 LARGEST*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *3/22/19*    X _____
Signature of individual signing on behalf of debtor

**Bardwell C. Salmon**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

PERILLON SOFTWARE, INC.,

      Debtor.

Chapter 11
Case No. _____

## DECLARATION RE: ELECTRONIC FILING

### PART I – DECLARATION OF PETITIONER

    We, David B. Madoff and Bardwell Salmon, hereby declare under penalty of perjury that all of the information contained in the:

- ☒ Petition, List, Statement & Schedules
- ☐ Chapter 11 Plan
- ☐ Amended Plan
- ☐ Amended Schedules
- ☒ Application to Employ
- ☒ Affidavit/Signed Statement of Professional Person
- ☒ Corporate Vote
- ☐ Verified Complaint (Adversary)

filed electronically, is true and correct. We understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. We understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: ___5/22/19___

Signed: _____
David B. Madoff

Signed: _____
Bardwell Salmon, CEO

PART II – DECLARATION OF ATTORNEY

I certify that the affiant signed this form before I submitted the Documents, I gave the affiant a copy of the Documents and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: __3/22/19__

Signed:_____
David B. Madoff

## **CORPORATE VOTE**

The undersigned hereby certifies that, Perillon Software, Inc., a Delaware corporation

(the "Company"), by unanimous vote of its Board of Directors, pursuant to the Company's

bylaws and the Corporation Law of the State of Delaware, does hereby approve, consent to and

take the following actions:

VOTED:     That the Company seek relief under Chapter 11 of the Bankruptcy Code, and that Bardwell Salmon, the Chief Executive Officer of the Company (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote;

FURTHER
VOTED:     That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from these votes;

FURTHER
VOTED:     That this written consent be filed in the minute book of the Company.

Dated: March 22, 2019.

Bardwell Salmon, Chairman and CEO

**Fill in this information to identify the case:**

Debtor name    **Perillon Software Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __March 22, 2019__    X /s/ Bardwell C. Salmon
                                      Signature of individual signing on behalf of debtor

                                            **Bardwell C. Salmon**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Perillon Software Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arnold Scott 90 Bishops Forest Drive Waltham, MA 02452** | arniescott@verizon.net | **Promissory Note** | | | | **$100,000.00** |
| **Brendan LeBlanc 2 Cross Street Amherst, NH 03031** | leblancbrendan@yahoo.com | **Promissory Note** | | | | **$50,000.00** |
| **Dan & Carol Maguire 700 Suncook Valley Highway Epsom, NH 03234** | danmcguire@gmail.com | **Promissory Note** | | | | **$50,000.00** |
| **David H Benton Jr. 3 Perigo Lane Norfolk, MA 02056** | dhbentonjr@comcast.net | **Promissory Note** | | | | **$100,000.00** |
| **Deborah E. Poll Trust 8890 South Ridge Ct S.W. Byron Center, MI 49315** | pollku@kandrinc.com | **Promissory Note** | | | | **$67,000.00** |
| **Edward B Roberts Trust - 2003 300 Boylston Street #1102 Boston, MA 02116** | eroberts@mit.edu | **Promissory Note** | | | | **$141,250.00** |
| **Edwin Wallace 100 Summer Street, Floor 30 Boston, MA 02110** | ewallace@tenlaw.com | **Promissory Note** | | | | **$191,500.00** |
| **Eric Pedersen 521 High Rock Street Needham, MA 02492** | provista@rcn.com | **Promissory Note** | | | | **$144,500.00** |
| **G. Mead Wyman 8 Willard Street Cambridge, MA 02138** | gmwyman@alum.mit.edu | **Promissory Note** | | | | **$54,130.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Perillon Software Inc.**
_____   Case number _(if known)_ _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| James Donnelly 285 Salisbury Street Worcester, MA 01609 | jcdonnelly@modl.com | Promissory Note | | | | $56,135.42 |
| Joseph Hoffman 47 Windsor Road North Haven, CT 06473 | j.hoffman1@icloud.com | Promissory Note | | | | $197,500.00 |
| Karl Theodor Krantz Revocable Trust 6 Storybrook Lane Amherst, NH 03031 | tkrantz@airmar.com | Promissory Note | | | | $111,620.00 |
| Lee B. Hurd 830 E Camino Corrida Tucson, AZ 85704 | lbhurd@comcast.net | Promissory Note | | | | $100,000.00 |
| Levine, Katz, Nannis & Solomon, P.C. 29 Crafts Street Suite 510 Newton, MA 02458 | jeff@alkon-levine.com | Promissory Note | | | | $68,977.00 |
| Massachusetts Department of Revenue Bankruptcy Unit P.O. Box 9564 Boston, MA 02114 | Fax: 617-626-2299 | Payroll Taxes | Unliquidated | | | $250,000.00 |
| Morse, Barnes-Brown CityPoint 230 Third Avenue 4th Floor Waltham, MA 02451 | pbb@mbbp.com | Trade debt | | | | $139,831.82 |
| Norman Robertson 179 Main Street Groton, MA 01450 | budrobertson@charter.net | Promissory Note | | | | $100,000.00 |
| Paul Wing 10 Park Place Delmar, NY 12054 | paulwing3rd@gmail.com | Promissory Note | | | | $75,000.00 |
| Philip Pearson 30 Grogan Path Marlborough, MA 01752 | phil.pearson@perillon.com | Promissory Note | | | | $66,150.00 |
| Scott Group 90 Bishops Forest Drive Waltham, MA 02452 | Arnie@assetlinkinternational.com | Promissory Note | | | | $185,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Perillon Software Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................    $            **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................    $    **4,077,880.64**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................    $    **4,077,880.64**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **2,349,655.10**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **250,000.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **5,749,136.44**

4.  **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b    $    **8,348,791.54**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Perillon Software Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Silicon Valley BankOperating Account** | **Checking** | | $2,000.00 |
| 3.2. | **Silicon Valley Bank Payroll Account** | **Checking/Payroll** | | $25,000.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
| --- |
| $27,000.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Landlord Security Deposit - Eastern Continental Management** | $2,958.75 |
| --- | --- | --- |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **Perillon Software Inc.**                                    Case number *(If known)* _____
          _____
          Name

| | | |
|---|---|---|
| 8.1. | **EUEC Tradeshow** | $2,995.00 |

| | | |
|---|---|---|
| 8.2. | **Corum retainer** | $842.00 |

| 9. | **Total of Part 2.** | $6,795.75 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **19,084.89**  -  **0.00**  = ....    **$19,084.89**
                            face amount        doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | $19,084.89 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Perillon Software Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**40.**   **Office fixtures**

**41.**   **Office equipment, including all computer equipment and communication systems equipment and software**
**Office Equipment, including servers, laptops, desktops, chairs, desks, etc**      **Unknown**      **Unknown**

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.      **$0.00**

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** **Various IP related to the Environmental, Health and Safety (EHS) Software product.  Value is based on pending Asset Purchase Agreement, including initial purchase price and part of potential earn-out.** | **Unknown** | **Pending Sale** | **$4,000,000.00** |
| **61.**   **Internet domain names and websites** **www.perillon.com** | **$0.00** | | **Unknown** |
| **62.**   **Licenses, franchises, and royalties** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Perillon Software Inc.**                                   Case number *(If known)* _____
          Name

| **Qliktech -- 3rd Party Licensing Agreement** | | **Unknown** | | **$0.00** |

---

| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | **Approximately 26 customers** | | **$0.00** | **Unknown** |

---

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                          | **$4,000,000.00** |

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                        | **Current value of debtor's interest** |

| 71. | **Notes receivable** | | | |
| | Description (include name of obligor) | | | |
| | **Shareholder Note (John Niemoller)** | **25,000.00** - | **0.00** = | **$25,000.00** |
| | | Total face amount | doubtful or uncollectible amount | |

---

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Perillon Software Inc.**                                          Case number *(If known)* _____
Name

| | |
|---|---|
| 78.    **Total of Part 11.** | **$25,000.00** |
| Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Perillon Software Inc.**                                    Case number *(If known)* _____
Name

---

<span style="background:black;color:white">Part 12:</span>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,795.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $19,084.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $4,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $25,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,077,880.64 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,077,880.64 |

**Fill in this information to identify the case:**

Debtor name    **Perillon Software Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2.1**   **Internal Revenue Service**<br>Creditor's Name | $1,800,000.00 | $4,000,000.00 |

**Describe debtor's property that is subject to a lien**
**Various IP related to the Environmental, Health and Safety (EHS) Software product. Value is based on pending Asset Purchase Agreement, including initial purchase price and part of potential earn-out.**

PO Box 37004
**Hartford, CT 06176**
Creditor's mailing address

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**May 30, 2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Internal Revenue Service**
**2. Kabbage, Inc.**
**3. Scott Group LLC**
**4. Steve Webber**

---

| | | |
|---|---|---|
| **2.2**   **Kabbage, Inc.**<br>Creditor's Name | $74,655.10 | $4,000,000.00 |

**Describe debtor's property that is subject to a lien**
**Various IP related to the Environmental, Health and Safety (EHS) Software product. Value is based on pending Asset Purchase Agreement, including initial purchase price and part of potential earn-out.**

**925B Peachtree Street NE, Suite 1688**
**Atlanta, GA 30309**
Creditor's mailing address

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

filingdept@cscinfo.com
Creditor's email address, if known

**Is anyone else liable on this claim?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Perillon Software Inc.**                                      Case number (if know) _____
_____
Name

| **Date debt was incurred** | ☐ No |
| **November 24, 2015** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Scott Group LLC** | Describe debtor's property that is subject to a lien | $50,000.00 | $4,000,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Various IP related to the Environmental, Health and Safety (EHS) Software product. Value is based on pending Asset Purchase Agreement, including initial purchase price and part of potential earn-out.**

**14 Cortland Ave
Stratham, NH 03885**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Steve Webber** | Describe debtor's property that is subject to a lien | $400,000.00 | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
**Office Equipment, including servers, laptops, desktops, chairs, desks, etc**

**2824 Silverleaf Lane
Naples, FL 34105**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**steve@gibbethill.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Steve Webber** | Describe debtor's property that is subject to a lien | $25,000.00 | $4,000,000.00 |

---

Debtor   **Perillon Software Inc.**
_____   Case number (if know) _____
Name

Creditor's Name

**Various IP related to the Environmental, Health and Safety (EHS) Software product. Value is based on pending Asset Purchase Agreement, including initial purchase price and part of potential earn-out.**

**2824 Silverleaf Lane
Naples, FL 34105**

Creditor's mailing address

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,349,655.10** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company
P.O. Box 2576
Springfield, IL 62708** | Line **2.2** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Perillon Software Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **$0.00** |
|  | **Beth Gallino** | | |
|  | **237 Moody Street #467** | | |
|  | **Waltham, MA 02453** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **Unknown** | **$0.00** |
|  | **Daniel Druhasz** | | |
|  | **8 Merrimac Drive** | | |
|  | **Pepperell, MA 01463** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Perillon Software Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Rossi**
**53 Nashua Road**
**Pepperell, MA 01463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ilango Chinasamy**
**12 Baldwin Street**
**Winchester, MA 01890**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**John Niemoller**
**22 Nashua Road**
**Groton, MA 01450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Julie Comeau**
**819 West Street**
**Lunenburg, MA 01462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Perillon Software Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Karen Young**<br>**24846 Hon Avenue**<br>**Laguna Hills, CA 92653** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Kimberly Sauvadon**<br>**3 Vine Grove Way**<br>**Gurley, AL 35748** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Kyra Sharp**<br>**25310 E. Ottawa Drive**<br>**Aurora, CO 80016** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250,000.00** | **$250,000.00** |
|---|---|---|---|---|

| | **Massachusetts Department of**<br>**Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 9564**<br>**Boston, MA 02114** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

| | Date or dates debt was incurred<br>**2014 to present** | Basis for the claim:<br>**Payroll Taxes** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| Debtor | **Perillon Software Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Philip Pearson**
**30 Grogan Path**
**Marlborough, MA 01752**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Aaron Freedman**
**69 Park Road**
**Chelmsford, MA 01824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,105.32** |
|---|---|---|---|

**Aditas LLC c/o CRE Management LLC**
**c/o Leader Bank**
**PO Box 1560**
**Arlington, MA 02474-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allete, Inc.**
**30 West Superior Street**
**Duluth, MN 55802**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Arnold Scott**
**90 Bishops Forest Drive**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Arnold Scott**
**90 Bishops Forest Drive**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Perillon Software Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.6** | Nonpriority creditor's name and mailing address

**AstraZeneca Pharmaceuticals LP**
**PO Box 15250**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**Ball Corporation**
**10 Long Peaks Drive**
**Broomfield, CO 80021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

**Banking Spectrum, Inc.**
**1430 Broadway, Suite 1100**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

**Bardwell Salmon**
**154 Farmers Row**
**Groton, MA 01450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$406,651.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

**Bardwell Salmon**
**154 Farmers Row**
**Groton, MA 01450**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$370,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Estimated future compensation due per employment agreement/contracts**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**Bardwell Salmon**
**154 Farmers Row**
**Groton, MA 01450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$770,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accrued salary**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**Beaver Worldwide LLC**
**154 Farmers Row**
**Groton, MA 01450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$135,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Perillon Software Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address

**Bloebaum Revocable Trust**
**109 North Main Street**
**Performance Place #1401**
**Dayton, OH 45402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$40,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**Boral**
**200 Mansell Court East #305**
**Roswell, GA 30076**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**Bostik, Inc.**
**11320  W. Watertown Plank Road**
**Milwaukee, WI 53226**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Brendan LeBlanc**
**2 Cross Street**
**Amherst, NH 03031**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$50,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

**Bruce Richardson**
**2400 Beacon Street #607**
**Chestnut Hill, MA 02467**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**Citicorp Credit Services**
**c/o Retail Services**
**P.O. Box 70921**
**Charlotte, NC 28272**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$35,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**Cleco Corporate Holdings LLC**
**PO Box 4387**
**Pineville, LA 71361**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Perillon Software Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Connecticut Water Company**
93 West Main Street
Clinton, CT 06413

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Continental Cement Companu**
10107 Highway 79
Hannibal, MO 63401

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Dan & Carol Maguire**
700 Suncook Valley Highway
Epsom, NH 03234

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**David H Benton Jr.**
3 Perigo Lane
Norfolk, MA 02056

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,000.00 |
|---|---|---|---|

**Deborah E. Poll Trust**
8890 South Ridge Ct S.W.
Byron Center, MI 49315

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Denbury Onshore, LLC**
5320 Legacy Drive
Plano, TX 75024

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diamondback E&P LLC**
500 West Texas Ave Suite
Midland, TX 79701

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Perillon Software Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Duquesne Light Company**
Accounts Payable 7-6 411 7th Avenue
PO Box 1920
Pittsburgh, PA 15230

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**East Kentucky Power Cooperative**
4775 Lexington Road
Winchester, KY 40391

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141,250.00 |
|---|---|---|---|

**Edward B Roberts Trust - 2003**
300 Boylston Street #1102
Boston, MA 02116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191,500.00 |
|---|---|---|---|

**Edwin Wallace**
100 Summer Street, Floor 30
Boston, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,500.00 |
|---|---|---|---|

**Eric Pedersen**
521 High Rock Street
Needham, MA 02492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Faurecia Automotive Interior, Inc.**
PO Box 2214557
Auburn Hills, MI 48321

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Flexcon**
1 Flexcon Industrial Park
Spencer, MA 01562

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Perillon Software Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,130.00** |
|---|---|---|---|

**G. Mead Wyman**
**8 Willard Street**
**Cambridge, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$787.32** |
|---|---|---|---|

**GetGo Inc.**
**2247 Sunnyside Drive**
**Cedar City, UT 84720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,750.00** |
|---|---|---|---|

**Harry B. Silverman**
**42 Grey Lane**
**Lynnfield, MA 01940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Ilango Chinasamy**
**12 Baldwin Street**
**Winchester, MA 01890**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,515.21** |
|---|---|---|---|

**Internap Network Services**
**Dept. 0526**
**PO Box 120526**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,135.42** |
|---|---|---|---|

**James Donnelly**
**285 Salisbury Street**
**Worcester, MA 01609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Janet & Jim Giebutowski**
**17 Columbine Road**
**Weston, MA 02493**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Perillon Software Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197,500.00** |
|---|---|---|---|

**Joseph Hoffman**
**47 Windsor Road**
**North Haven, CT 06473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111,620.00** |
|---|---|---|---|

**Karl Theodor Krantz Revocable Trust**
**6 Storybrook Lane**
**Amherst, NH 03031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Lee B. Hurd**
**830 E Camino Corrida**
**Tucson, AZ 85704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,977.00** |
|---|---|---|---|

**Levine, Katz, Nannis & Solomon, P.C.**
**29 Crafts Street Suite 510**
**Newton, MA 02458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matrix Service Company**
**5100 E. Skelly Drive**
**Tulsa, OK 74135**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**McNamara Contracting Inc.**
**16700 Chippendale Ave**
**Rosemount, MN 55068**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139,831.82** |
|---|---|---|---|

**Morse, Barnes-Brown**
**CityPoint 230 Third Avenue 4th Floor**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Perillon Software Inc.** | | |
|---|---|---|---|
| | Name | | Case number *(if known)* |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**National Fuel Gas Supply Corp**
Accounts Payable
6363 Main Street
Buffalo, NY 14221

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Naudon & Allister**
1430 Broadway #1100
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nevada Power Company dba NV Energy**
Accounts Payable - S4A60
P.O. Box 10100
Reno, NV 89520

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NGUSA Service Company**
Accounts Payable Department C-1
300 Erie Blvd West
Reno, NV 89520

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Norman Robertson**
179 Main Street
Groton, MA 01450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Palo Alto Research Center Incorporation**
3333 Coyote Hill Road
Palo Alto, CA 94304

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00**

**Paul Wing**
10 Park Place
Delmar, NY 12054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | Perillon Software Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**3.55**

**Nonpriority creditor's name and mailing address**

**PC Connection Sales Corp**
**PO Box 536472**
**Pittsburgh, PA 15253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**Perdure Petroleum LLC**
**12012 Wickchester Lane, Suite 600**
**Houston, TX 77079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Peter Barnes-Brown**
**719 Webster Street**
**Needham, MA 02492**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Philip Pearson**
**30 Grogan Path**
**Marlborough, MA 01752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$66,150.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Precision Corporate Services**
**PO Box 960141**
**Boston, MA 02196**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$449.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**QlikTech Inc.**
**25686 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,558.34**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Robert Anderson**
**270 Whiley Road**
**Groton, MA 01450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| Debtor | **Perillon Software Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185,000.00** |
|---|---|---|---|

**Scott Group**
**90 Bishops Forest Drive**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Sidney Mandel**
**1001 Avenue of the Americas, 10th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tennant Company**
**701 Lilac Drive**
**Minneapolis, MN 55422**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tesco Corporation**
**3993 West Sam Houston Parkway**
**Houston, TX 77043**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tokai Carbon CB**
**201 Main Street**
**Fort Worth, TX 76102**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,250.00** |
|---|---|---|---|

**Tony Haskins**
**1373 Kessler Ave**
**Waterford, MI 48328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Unisea Inc.**
**15400 NE 90th Street**
**PO Box 97019**
**Redmond, WA 98073**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Perillon Software Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.17 |
|---|---|---|---|

**Verizon**
**PO Box 1100**
**Albany, NY 12250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Westar Energy**
**818 S. Kansas Ave.**
**Topeka, KS 66612**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750,000.00 |
|---|---|---|---|

**William Salmon Trust**
**1112 Pleasant Grove Road**
**Locust Grove, VA 22508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  250,000.00 |
| **5b. Total claims from Part 2** | 5b.  + | $  5,749,136.44 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  5,999,136.44 |

**Fill in this information to identify the case:**

Debtor name    **Perillon Software Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease (expired)** | |
| | State the term remaining | **Month to Month** | **Eastern Continental Mgmt** |
| | List the contract number of any government contract | _____ | **P.O. Box 204**<br>**East Walpole, MA 02032** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
| | State the term remaining | | **Presidio Networked Solutions**<br>**Attn:  Pat MacGibbon** |
| | List the contract number of any government contract | _____ | **10 Sixth Road**<br>**Woburn, MA 01801** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Notice Purposes Only on VAR Technology Lease (potential assignee) Contract No. 520-0004889-000** | |
| | State the term remaining | | **U.S. Bank Equipment Finance** |
| | List the contract number of any government contract | _____ | **1005 Convention Plaza**<br>**Saint Louis, MO 63101** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Financing Lease ($1.00 buyout) of Unitrends Recovery Appliance Unit** | |
| | State the term remaining | **34 Months** | **VAR Technology Finance** |
| | List the contract number of any government contract | _____ | **2330 Interstate 30**<br>**Mesquite, TX 75150** |

**Fill in this information to identify the case:**

Debtor name **Perillon Software Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Bardwell Salmon** | **154 Farmers Row**<br>**Groton, MA 01450** | **Kabbage, Inc.** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name     **Perillon Software Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other  **Gross Sales through February** | **$222,575.00** |
    | **For prior year:** From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other  **Gross Sales** | **$1,474,377.00** |
    | **For year before that:** From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other  **Gross Sales** | **$1,470,683.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    | --- | --- | --- | --- |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Perillon Software Inc.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Exhibit 3, attached** | **Various Dates** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Exhibit 4, attached** | **Various Dates** | **Unknown** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Perillon Software Inc.**                                                                Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Madoff & Khoury LLP** | **$40,000 total payment:  $30,710 for prepetition services; $1,717 filing fee; $7,573 retainer.** | **2/14/2019 ($20,000) and 2/28/2019 ($20,000)** | **$40,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

| Debtor | Perillon Software Inc. | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Perillon Software Corp. 401(k), administered by American Corp.** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Perillon Software Inc. | | Case number *(if known)* | |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.**  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Perillon Software Inc.** | Case number *(if known)* | |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Julie Comeau**<br>**33 Nagog Park**<br>**Acton, MA 01720** | **2005 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.  **Cority**<br>**Ontario, Canada** | |
| 26d.2.  **EcoIntense**<br>**Germany** | |
| 26d.3.  **Riskonnect**<br>**GA** | |
| 26d.4.  **Harris Computer Corporation**<br>**Ontario Canada** | |
| 26d.5.  **Thomson Reuters Corporation**<br>**NY** | |
| 26d.6.  **KPA, LLC**<br>**CO** | |
| 26d.7.  **Simplify Compliance Holdings LLC**<br>**TN** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Perillon Software Inc.**                                          Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.8. | **DEKRA e.V.**<br>**Germany** |
| 26d.9. | **CIVC Partners, L.P.**<br>**IL** |
| 26d.10. | **Thoma Bravo, LLC**<br>**IL** |
| 26d.11. | **Valsoft Corporation**<br>**Quebec, Canada** |
| 26d.12. | **K1 Investment Management, LLC**<br>**CA** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bardwell Salmon | 33 Nagog Park<br>Acton, MA 01720 | CEO, Director | 12.9 percent |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Niemoller | 33 Nagog Park<br>Acton, MA 01720 | President, Director | 7.4 percent |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Perillon Software Inc.**                                      Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **John Niemoller**<br>· **22 Nashua Road**<br>**Groton, MA 01450** | **Payroll** | **Semi-Monthly** | **See SOFA #4** |
| **Relationship to debtor**<br>**President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Perillon Software 401(k)** | **EIN:** |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**March 22, 2019**___

**/s/ Bardwell C. Salmon**                          **Bardwell C. Salmon**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# Perillon Software Inc

## CHECK DETAIL

### December 1, 2018 - February 25, 2019

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|------|------------------|-----|------|------------------|-----|--------|
| **Cash - Silicon Valley Bank** | | | | | | |
| 12/01/2018 | Check | 4404 | Davis & Davis, P.C. | | | -5,500.00 |
| | | | | | | 5,500.00 |
| 12/01/2018 | Check | 4405 | James Jensen | Gross $17,000.00 | | -14,489.58 |
| | | | | | | -14,489.58 |
| 12/03/2018 | Check | 2017-1455 | CitiBusiness Card | | | -1,000.00 |
| | | | | | | -1,000.00 |
| 12/03/2018 | Bill Payment (Check) | 2017-1456 | Hubspot, Inc. | | | -4,462.50 |
| | | | | | | -4,462.50 |
| 12/03/2018 | Bill Payment (Check) | 2017-1457 | Gardner & Rosenberg P.C. | | | -2,772.01 |
| | | | | | | -2,772.01 |
| 12/04/2018 | Bill Payment (Check) | 2017-1460 | The Corum Group Ltd | | | -9,000.00 |
| | | | | | | -9,000.00 |
| 12/04/2018 | Bill Payment (Check) | 2017-1461 | Bardwell C. Salmon | | | -1,190.00 |
| | | | | | | -1,190.00 |
| 12/04/2018 | Check | 2017-1462 | CitiBusiness Card | | | -1,000.00 |
| | | | | | | -1,000.00 |
| 12/06/2018 | Bill Payment (Check) | 2017-1463 | John Niemoller | | | -519.65 |
| | | | | | | -519.65 |
| 12/06/2018 | Check | 2017-1464 | CitiBusiness Card | | | -1,000.00 |
| | | | | | | -1,000.00 |
| 12/07/2018 | Check | 2017-1465 | CitiBusiness Card | | | -1,000.00 |
| | | | | | | -1,000.00 |
| 12/10/2018 | Bill Payment (Check) | 4408 | Risk Strategies Company | | | -404.00 |
| | | | | | | -404.00 |
| 12/10/2018 | Bill Payment (Check) | 4407 | Morse, Barnes-Brown | | | -10,000.00 |
| | | | | | | -10,000.00 |
| 12/10/2018 | Check | 4406 | Arnold Scott | LOC interest | | -3,000.00 |
| | | | | | | 3,000.00 |
| 12/12/2018 | Check | 2017-1467 | IPFS Corporation | D&O insurance | | -1,195.08 |
| | | | | | | 1,195.08 |
| 12/13/2018 | Bill Payment (Check) | 2017-1469 | Blue Cross Blue Shield of | | | -9,743.63 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|------|-----------------|-----|------|------------------|-----|--------|
| | | | Massachuse | | | -9,743.63 |
| 12/14/2018 | Check | 4413 | Julie Comeau | PPE 12/15/18 | | -3,096.01 |
| | | | | | | 3,096.01 |
| 12/14/2018 | Check | 4409 | Daniel Drahusz | PPE 12/15/18 | | -4,698.93 |
| | | | | | | 4,698.93 |
| 12/14/2018 | Check | 4412 | Ilango Chinnasamy | PPE 12/15/18 | | -3,813.30 |
| | | | | | | 3,813.30 |
| 12/14/2018 | Bill Payment (Check) | 4410 | David Rossi | | | -50.00 |
| | | | | | | -50.00 |
| 12/14/2018 | Check | 4411 | David Rossi | PPE 12/15/18 | | -2,676.38 |
| | | | | | | 2,676.38 |
| 12/14/2018 | Check | 4414 | Philip K. Pearson | PPE 12/15/18 | | -2,961.25 |
| | | | | | | 2,961.25 |
| 12/14/2018 | Bill Payment (Check) | 2017-1468 | Verizon | | | -478.15 |
| | | | | | | -478.15 |
| 12/14/2018 | Check | 2017-1470 | Bardwell C. Salmon | | | -5,000.00 |
| | | | | | | -5,000.00 |
| 12/14/2018 | Check | 4418 | Federal Express | invoice 462520845 | | -41.32 |
| | | | | | | 41.32 |
| 12/15/2018 | Bill Payment (Check) | 2017-1472 | Kyra Sharp | | | -2,317.09 |
| | | | | | | -2,317.09 |
| 12/15/2018 | Check | | John Niemoller | PPE 12/31/18 | | -7,234.91 |
| | | | | | | 7,234.91 |
| 12/17/2018 | Check | 2017-1471 | The Hartford | | | -502.38 |
| | | | | | | 502.38 |
| 12/17/2018 | Bill Payment (Check) | 2017-1473 | Christine Lellis LLC | | | -3,000.00 |
| | | | | | | -3,000.00 |
| 12/18/2018 | Bill Payment (Check) | 2017-1474 | Internap Network Services | | | -2,448.71 |
| | | | | | | -2,448.71 |
| 12/18/2018 | Check | 2017-1475 | John Niemoller | Geosyntec (balance due from overpayment of prior bonus balance | | -1,737.13 |
| | | | | | | -1,737.13 |
| 12/20/2018 | Bill Payment (Check) | 2017-1476 | Aditas LLC C/0 CRE Management LLC | | | -5,422.50 |
| | | | | | | -5,422.50 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|------|------------------|-----|------|------------------|-----|--------|
| 12/20/2018 | Bill Payment (Check) | 4417 | Morse, Barnes-Brown | | | -10,000.00 |
| | | | | | | -10,000.00 |
| 12/20/2018 | Check | 4415 | Julie Comeau | PPE 12/15/18 | | -263.00 |
| | | | | | | 263.00 |
| 12/20/2018 | Bill Payment (Check) | 4416 | Mariah Comeau | | | -216.00 |
| | | | | | | -216.00 |
| 12/20/2018 | Check | 2017-1477 | John Niemoller | tax rate change 1/1-12/20 | | -1,533.70 |
| | | | | | | -1,533.70 |
| 12/21/2018 | Check | 2017-1478 | Poland Springs | | | -10.61 |
| | | | | | | 10.61 |
| 12/21/2018 | Bill Payment (Check) | 2017-1479 | John Niemoller | | | -925.00 |
| | | | | | | -925.00 |
| 12/26/2018 | Check | 2017-1480 | CitiBusiness Card | | | -100.00 |
| | | | | | | -100.00 |
| 12/27/2018 | Check | 2017-1481 | CitiBusiness Card | | | -2,650.00 |
| | | | | | | -2,650.00 |
| 12/31/2018 | Check | 2017-1482 | Massachusetts Department of Revenue | | | -3,000.00 |
| | | | | | | -3,000.00 |
| 12/31/2018 | Check | 2017-1483 | CitiBusiness Card | | | -250.00 |
| | | | | | | -250.00 |
| 12/31/2018 | Check | 2017-1484 | John Niemoller | PPE 12/31/18 | | -7,234.91 |
| | | | | | | 7,234.91 |
| 12/31/2018 | Check | 4422 | Julie Comeau | PPE 12/31/18 | | -3,036.01 |
| | | | | | | 3,036.01 |
| 12/31/2018 | Check | 4419 | Daniel Drahusz | PPE 12/31/18 | | -4,698.93 |
| | | | | | | 4,698.93 |
| 12/31/2018 | Check | 4421 | Ilango Chinnasamy | PPE 12/31/18 | | -3,813.30 |
| | | | | | | 3,813.30 |
| 12/31/2018 | Check | 4423 | Philip K. Pearson | PPE 12/31/18 | | -2,961.25 |
| | | | | | | 2,961.25 |
| 12/31/2018 | Check | 4420 | David Rossi | PPE 12/31/18 | | -2,676.38 |
| | | | | | | 2,676.38 |
| 12/31/2018 | Check | 4426 | James Jensen | Gross $15625.00 | | -14,358.46 |
| | | | | | | -14,358.46 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|------|------------------|-----|------|------------------|-----|--------|
| 12/31/2018 | Check | 4427 | Davis & Davis, P.C. | | | -12,375.00 |
| | | | | | | 12,375.00 |
| 01/03/2019 | Check | 2017-1485 | CitiBusiness Card | | | -500.00 |
| | | | | | | -500.00 |
| 01/08/2019 | Check | 2017-1487 | CitiBusiness Card | | | -500.00 |
| | | | | | | -500.00 |
| 01/14/2019 | Check | 2017-1488 | CitiBusiness Card | | | -500.00 |
| | | | | | | -500.00 |
| 01/14/2019 | Check | 2017-1489 | CitiBusiness Card | | | -500.00 |
| | | | | | | -500.00 |
| 01/15/2019 | Check | 2017-1490 | CitiBusiness Card | | | -500.00 |
| | | | | | | -500.00 |
| 01/15/2019 | Check | 2017-1491 | Bardwell C. Salmon | | | -5,000.00 |
| | | | | | | -5,000.00 |
| 01/15/2019 | Check | 2017-1492 | CitiBusiness Card | | | -600.00 |
| | | | | | | -600.00 |
| 01/15/2019 | Check | 4431 | Julie Comeau | PPE 01/15/19 | | -3,136.01 |
| | | | | | | 3,136.01 |
| 01/15/2019 | Check | 4428 | Daniel Drahusz | PPE 01/15/19 | | -4,713.14 |
| | | | | | | 4,713.14 |
| 01/15/2019 | Check | 4430 | Ilango Chinnasamy | PPE 01/15/19 | | -4,281.56 |
| | | | | | | 4,281.56 |
| 01/15/2019 | Check | 4429 | David Rossi | PPE 01/15/19 | | -2,684.22 |
| | | | | | | 2,684.22 |
| 01/15/2019 | Check | 4432 | Philip K. Pearson | PPE 01/15/19 | | -3,034.11 |
| | | | | | | 3,034.11 |
| 01/15/2019 | Check | 2017-1493 | John Niemoller | PPE 01/15/19 | | -6,697.70 |
| | | | | | | 6,697.70 |
| 01/16/2019 | Check | 2017-1494 | CitiBusiness Card | | | -500.00 |
| | | | | | | -500.00 |
| 01/17/2019 | Check | 2017-1495 | The Hartford | | | -2,001.45 |
| | | | | | | 2,001.45 |
| 01/17/2019 | Check | 2017-1496 | Bardwell C. Salmon | | | -5,300.00 |
| | | | | | | -5,300.00 |
| 01/18/2019 | Bill Payment (Check) | 2017-1497 | Internap Network Services | | | -2,514.23 |
| | | | | | | -2,514.23 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|------|------------------|-----|------|------------------|-----|--------|
| 01/18/2019 | Check | 2017-1498 | U.S. Bank Equipment Finance | | | -1,400.00 |
| | | | | | | -1,400.00 |
| 01/18/2019 | Bill Payment (Check) | 2017-1499 | The Corum Group Ltd | | | -3,433.61 |
| | | | | | | -3,433.61 |
| 01/18/2019 | Bill Payment (Check) | 2017-1500 | QlikTech Inc. | | | -1,168.75 |
| | | | | | | -1,168.75 |
| 01/18/2019 | Bill Payment (Check) | 2017-1501 | Blue Cross Blue Shield of Massachuse | | | -11,637.94 |
| | | | | | | -11,637.94 |
| 01/18/2019 | Check | 2017-1502 | IPFS Corporation | D&O insurance | | -1,195.08 |
| | | | | | | 1,195.08 |
| 01/18/2019 | Check | 2017-1503 | John Niemoller | | | -5,000.00 |
| | | | | | | -5,000.00 |
| 01/20/2019 | Bill Payment (Check) | 2017-1525 | Blue Cross Blue Shield of Massachuse | | | -11,637.94 |
| | | | | | | -11,637.94 |
| 01/22/2019 | Bill Payment (Check) | 2017-1504 | Verizon | | | -963.97 |
| | | | | | | -963.97 |
| 01/22/2019 | Check | 2017-1505 | U.S. Bank Equipment Finance | | | -1,400.00 |
| | | | | | | -1,400.00 |
| 01/22/2019 | Bill Payment (Check) | 2017-1506 | Aditas LLC C/0 CRE Management LLC | | | -5,422.50 |
| | | | | | | -5,422.50 |
| 01/22/2019 | Bill Payment (Check) | 2017-1507 | QlikTech Inc. | | | -973.96 |
| | | | | | | -973.96 |
| 01/22/2019 | Bill Payment (Check) | 4434 | GetGo Inc | | | -393.66 |
| | | | | | | -393.66 |
| 01/22/2019 | Bill Payment (Check) | 4435 | Mariah Comeau | | | -175.50 |
| | | | | | | -175.50 |
| 01/22/2019 | Bill Payment (Check) | 4433 | Dan Baldino | | | -90.00 |
| | | | | | | -90.00 |
| 01/25/2019 | Check | | Aditas LLC C/0 CRE Management LLC | | | -1,129.27 |
| | | | | cleaning Nov-Jan | | 1,129.27 |
| 01/25/2019 | Bill Payment (Check) | | Bardwell C. Salmon | | | -1,434.04 |
| | | | | | | -1,434.04 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|------|-----------------|-----|------|------------------|-----|--------|
| 01/28/2019 | Bill Payment (Check) | 2017-1508 | Christine Lellis LLC | | | -3,000.00 |
| | | | | | | -3,000.00 |
| 01/30/2019 | Check | 2017-1509 | Massachusetts Department of Revenue | | | -3,000.00 |
| | | | | | | -3,000.00 |
| 01/31/2019 | Check | | John Niemoller | PPE 01/15/19 | | -6,697.70 |
| | | | | | | 6,697.70 |
| 01/31/2019 | Check | 4440 | Julie Comeau | PPE 01/31/19 | | -3,136.01 |
| | | | | | | 3,136.01 |
| 01/31/2019 | Check | 4439 | Ilango Chinnasamy | PPE 01/31/19 | | -4,281.56 |
| | | | | | | 4,281.56 |
| 01/31/2019 | Check | 4436 | Daniel Drahusz | PPE 01/31/19 | | -4,713.14 |
| | | | | | | 4,713.14 |
| 01/31/2019 | Check | 4441 | Philip K. Pearson | PPE 01/31/19 | | -3,034.11 |
| | | | | | | 3,034.11 |
| 01/31/2019 | Bill Payment (Check) | 4437 | David Rossi | | | -100.00 |
| | | | | | | -100.00 |
| 01/31/2019 | Check | 4438 | David Rossi | PPE 01/31/19 | | -2,684.22 |
| | | | | | | 2,684.22 |
| 01/31/2019 | Check | 2017-1510 | CitiBusiness Card | | | -250.00 |
| | | | | | | -250.00 |
| 01/31/2019 | Bill Payment (Check) | 2017-1517 | Kimberly Sauvadon | | | -1,554.65 |
| | | | | | | -1,554.65 |
| 01/31/2019 | Bill Payment (Check) | 2017-1518 | Kyra Sharp | | | -1,718.06 |
| | | | | | | -1,718.06 |
| 01/31/2019 | Bill Payment (Check) | 2017-1519 | Karen Young | | | -300.00 |
| | | | | | | -300.00 |
| 02/01/2019 | Check | 2017-1512 | CitiBusiness Card | | | -500.00 |
| | | | | | | -500.00 |
| 02/01/2019 | Check | 2017-1513 | John Niemoller | | | -5,000.00 |
| | | | | | | -5,000.00 |
| 02/04/2019 | Check | 2017-1514 | CitiBusiness Card | | | -500.00 |
| | | | | | | -500.00 |
| 02/04/2019 | Bill Payment (Check) | 2017-1515 | John Niemoller | | | -925.00 |
| | | | | | | -925.00 |
| 02/04/2019 | Check | 2017-1516 | John Niemoller | | | -3,045.58 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|------|-----------------|-----|------|------------------|-----|--------|
| | | | | | | -3,045.58 |
| 02/04/2019 | Bill Payment (Check) | 4442 | Alkon & Levine, P.C. | | | -250.00 |
| | | | | | | -250.00 |
| 02/04/2019 | Check | 4443 | Federal Express | | | -49.55 |
| | | | | | | 49.55 |
| 02/04/2019 | Bill Payment (Check) | 4445 | GetGo Inc | | | -393.66 |
| | | | | | | -393.66 |
| 02/04/2019 | Bill Payment (Check) | 4446 | Internap Network Services | | | -2,513.69 |
| | | | | | | -2,513.69 |
| 02/04/2019 | Bill Payment (Check) | 2017-1520 | Aditas LLC C/0 CRE Management LLC | | | -5,422.50 |
| | | | | | | -5,422.50 |
| 02/04/2019 | Bill Payment (Check) | 2017-1521 | Hubspot, Inc. | | | -4,590.00 |
| | | | | | | -4,590.00 |
| 02/04/2019 | Bill Payment (Check) | 2017-1522 | The Corum Group Ltd | | | -1,686.50 |
| | | | | | | -1,686.50 |
| 02/04/2019 | Bill Payment (Check) | 4444 | EUEC | | | -2,995.00 |
| | | | | | | -2,995.00 |
| 02/05/2019 | Check | | CitiBusiness Card | | | -250.00 |
| | | | | | | -250.00 |
| 02/06/2019 | Bill Payment (Check) | | Beaver Worldwide LLC | | | -5,000.00 |
| | | | | | | -5,000.00 |
| 02/06/2019 | Check | 2017-1523 | IPFS Corporation | D&O insurance | | -1,195.08 |
| | | | | | | 1,195.08 |
| 02/08/2019 | Check | 2017-1524 | CitiBusiness Card | | | -500.00 |
| | | | | | | -500.00 |
| 02/11/2019 | Bill Payment (Check) | 2017-1526 | Blue Cross Blue Shield of Massachuse | | | -11,637.94 |
| | | | | | | -11,637.94 |
| 02/11/2019 | Bill Payment (Check) | 4447 | Dan Baldino | | | -160.00 |
| | | | | | | -160.00 |
| 02/12/2019 | Check | 4448 | Iron Mountain Intellectual Property Man | | | -2,100.00 |
| | | | | Escrow fees | | 2,100.00 |
| 02/13/2019 | Bill Payment (Check) | 2017-1527 | Bardwell C. Salmon | | | -7,200.00 |
| | | | | | | -7,200.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|------|------------------|-----|------|------------------|-----|--------|
| 02/14/2019 | Check | 4454 | Madoff & Khoury LLP | | | -20,000.00 |
| | | | | | | 20,000.00 |
| 02/15/2019 | Check | 4452 | Julie Comeau | PPE 02/15/19 | | -3,136.01 |
| | | | | | | 3,136.01 |
| 02/15/2019 | Check | 4451 | Ilango Chinnasamy | PPE 02/15/19 | | -4,281.56 |
| | | | | | | 4,281.56 |
| 02/15/2019 | Check | 4449 | Daniel Drahusz | PPE 02/15/19 | | -4,713.14 |
| | | | | | | 4,713.14 |
| 02/15/2019 | Check | 4453 | Philip K. Pearson | PPE 02/15/19 | | -3,034.11 |
| | | | | | | 3,034.11 |
| 02/15/2019 | Check | 4450 | David Rossi | PPE 2/15/19 | | -2,684.22 |
| | | | | | | 2,684.22 |
| 02/19/2019 | Bill Payment (Check) | | Gardner & Rosenberg P.C. | | | -924.20 |
| | | | | | | -924.20 |
| 02/19/2019 | Check | 4455 | Daniel Drahusz | amount due for FICA max 2018 | | -1,545.94 |
| | | | | | | 1,545.94 |
| 02/19/2019 | Check | 2017-1528 | John Niemoller | | | -75.19 |
| | | | | | | -75.19 |
| 02/20/2019 | Check | 2017-1529 | Poland Springs | | | -98.74 |
| | | | | | | 98.74 |
| 02/20/2019 | Check | 2017-1530 | CitiBusiness Card | | | -500.00 |
| | | | | | | -500.00 |
| 02/22/2019 | Bill Payment (Check) | 2017-1531 | Christine Lellis LLC | | | -3,000.00 |
| | | | | | | -3,000.00 |
| 02/22/2019 | Bill Payment (Check) | 2017-1532 | Beaver Worldwide LLC | | | -5,000.00 |
| | | | | | | -5,000.00 |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Perillon Software Inc** | | | | | | |
| 2 | **Check Detail** | | | | | | |
| 3 | **March 1, 2018 - February 25, 2019** | | | | | | |
| 4 | | | | | | | |
| 5 | | **Date** | **Transaction Type** | **Num** | **Name** | **Memo/Description** | **Amount** |
| 6 | **Cash - Silicon Valley Bank** | | | | | | |
| 7 | | 03/08/2018 | Bill Payment (Check) | 2017-1216 | John Niemoller | executive allowance | -925.00 |
| 8 | | 03/09/2018 | Bill Payment (Check) | 4198 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -580.00 |
| 9 | | 03/15/2018 | Check | 2017-1222 | John Niemoller | PPE 3/15/18 | -6,615.11 |
| 10 | | 03/15/2018 | Bill Payment (Check) | 4181 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -720.00 |
| 11 | | 03/23/2018 | Bill Payment (Check) | 2017-1230 | John Niemoller | executive allowance | -925.00 |
| 12 | | 03/29/2018 | Bill Payment (Check) | 4185 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -320.00 |
| 13 | | 03/30/2018 | Check | 2017-1234 | John Niemoller | PPE 3/31/18 | -6,615.11 |
| 14 | | 03/30/2018 | Bill Payment (Check) | 2017-1235 | Beaver Worldwide LLC | Bard Salmon consulting firm | -5,000.00 |
| 15 | | 04/11/2018 | Check | 2017-1243 | John Niemoller | Q1CY18 bonus payment | -10,000.00 |
| 16 | | 04/16/2018 | Check | 2017-1255 | John Niemoller | PPE 4/15/18 | -6,615.11 |
| 17 | | 04/16/2018 | Bill Payment (Check) | 4197 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -520.00 |
| 18 | | 04/25/2018 | Bill Payment (Check) | 4207 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -340.00 |
| 19 | | 04/26/2018 | Check | | John Niemoller | bonus | -5,000.00 |
| 20 | | 04/30/2018 | Check | 2017-1260 | John Niemoller | PPE 4/30/18 | -6,272.73 |
| 21 | | 04/30/2018 | Bill Payment (Check) | 2017-1261 | John Niemoller | executive allowance | -925.00 |
| 22 | | 05/07/2018 | Bill Payment (Check) | 4208 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -860.00 |
| 23 | | 05/15/2018 | Check | 2017-1276 | John Niemoller | PPE 5/15/18 | -6,272.73 |
| 24 | | 05/17/2018 | Bill Payment (Check) | 4219 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -790.00 |
| 25 | | 05/23/2018 | Bill Payment (Check) | 4224 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -500.00 |
| 26 | | 05/31/2018 | Check | 2017-1296 | John Niemoller | PPE 5/31/18 | -6,272.73 |
| 27 | | 05/31/2018 | Bill Payment (Check) | 4234 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -600.00 |
| 28 | | 05/31/2018 | Check | 4237 | John Niemoller | executive allowance net of personal charges on corp credit card | -497.00 |
| 29 | | 05/31/2018 | Check | 4238 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -472.50 |
| 30 | | 06/07/2018 | Bill Payment (Check) | 4244 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -260.00 |
| 31 | | 06/07/2018 | Bill Payment (Check) | 4242 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -367.50 |
| 32 | | 06/14/2018 | Bill Payment (Check) | 4251 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -410.00 |
| 33 | | 06/14/2018 | Bill Payment (Check) | 4249 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -262.50 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 34 | | 06/15/2018 | Check | 2017-1304 | John Niemoller | PPE 06/15/18 | -6,272.73 |
| 35 | | 06/21/2018 | Bill Payment (Check) | 4258 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -315.00 |
| 36 | | 06/25/2018 | Bill Payment (Check) | 4262 | John Niemoller | executive allowance net of personal charges on corp credit card | -855.78 |
| 37 | | 06/28/2018 | Bill Payment (Check) | 4268 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -242.50 |
| 38 | | 06/28/2018 | Bill Payment (Check) | 4270 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -260.00 |
| 39 | | 06/29/2018 | Check | 2017-1322 | John Niemoller | bonus | -5,000.00 |
| 40 | | 06/30/2018 | Check | | John Niemoller | PPE 06/30/18 | -6,272.73 |
| 41 | | 07/05/2018 | Bill Payment (Check) | 4280 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -400.00 |
| 42 | | 07/05/2018 | Bill Payment (Check) | 4279 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -525.00 |
| 43 | | 07/15/2018 | Check | 2017-1355 | John Niemoller | PPE 07/15/18 | -6,272.73 |
| 44 | | 07/16/2018 | Bill Payment (Check) | 4286 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -477.50 |
| 45 | | 07/16/2018 | Bill Payment (Check) | 4291 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -122.50 |
| 46 | | 07/26/2018 | Bill Payment (Check) | 4296 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -690.00 |
| 47 | | 07/26/2018 | Bill Payment (Check) | 4298 | Jack Niemoller | son of John Neimoller.  Part time Business Development contractor | -240.00 |
| 48 | | 07/27/2018 | Check | 2017-1341 | John Niemoller | bonus payment | -2,000.00 |
| 49 | | 07/30/2018 | Bill Payment (Check) | 4310 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -580.00 |
| 50 | | 07/31/2018 | Bill Payment (Check) | 2017-1345 | John Niemoller | executive allowance net of personal charges on corp credit card | -910.00 |
| 51 | | 07/31/2018 | Check | 2017-1354 | John Niemoller | PPE 07/31/18 | -7,086.41 |
| 52 | | 08/09/2018 | Bill Payment (Check) | 4313 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -550.00 |
| 53 | | 08/15/2018 | Check | | John Niemoller | PPE 8/15/18 | -6,679.57 |
| 54 | | 08/16/2018 | Bill Payment (Check) | 4323 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -720.00 |
| 55 | | 08/16/2018 | Check | 4332 | John Niemoller | bonus | -3,000.00 |
| 56 | | 08/23/2018 | Bill Payment (Check) | 4328 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -660.00 |
| 57 | | 08/31/2018 | Check | 2017-1373 | John Niemoller | PPE 8/31/18 | -6,679.57 |
| 58 | | 08/31/2018 | Bill Payment (Check) | 2017-1374 | Bardwell C. Salmon | exec allowances/exp reimbursement | -3,455.00 |
| 59 | | 09/04/2018 | Check | 2017-1371 | John Niemoller | bonus | -2,000.00 |
| 60 | | 09/04/2018 | Bill Payment (Check) | 2017-1376 | John Niemoller | executive allowance net of personal charges on corp credit card | -802.80 |
| 61 | | 09/07/2018 | Bill Payment (Check) | 4339 | Eric Niemoller | son of John Neimoller.  Part time Business Development contractor | -520.00 |
| 62 | | 09/10/2018 | Check | 2017-1380 | John Niemoller | bonus | -2,000.00 |
| 63 | | 09/14/2018 | Check | | John Niemoller | PPE 9/15/18 | -7,968.23 |
| 64 | | 09/14/2018 | Bill Payment (Check) | 2017-1386 | Bardwell C. Salmon | | -5,155.00 |
| 65 | | 09/28/2018 | Check | 2017-1395 | John Niemoller | PPE 9/30/18 | -7,234.91 |
| 66 | | 10/01/2018 | Bill Payment (Check) | 2017-1397 | John Niemoller | executive allowance | -925.00 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 67 | | 10/01/2018 | Check | 2017-1398 | John Niemoller | bonus payment | -1,450.00 |
| 68 | | 10/05/2018 | Bill Payment (Check) | 2017-1401 | Beaver Worldwide LLC | Bard Salmon consulting firm | -5,000.00 |
| 69 | | 10/15/2018 | Check | | John Niemoller | PPE 10/15/18 | -7,234.91 |
| 70 | | 10/19/2018 | Bill Payment (Check) | 2017-1413 | John Niemoller | Bonus | -1,150.00 |
| 71 | | 10/25/2018 | Bill Payment (Check) | 2017-1421 | John Niemoller | executive allowance | -925.00 |
| 72 | | 10/31/2018 | Check | | John Niemoller | PPE 10/31/18 | -7,234.91 |
| 73 | | 11/02/2018 | Bill Payment (Check) | 2017-1430 | Beaver Worldwide LLC | | -5,000.00 |
| 74 | | 11/07/2018 | Check | 2017-1486 | Bardwell C. Salmon | | -5,000.00 |
| 75 | | 11/30/2018 | Check | 2017-1453 | John Niemoller | PPE 11/15/18 | -7,234.91 |
| 76 | | 11/19/2018 | Bill Payment (Check) | 2017-1438 | Bardwell C. Salmon | | -2,645.92 |
| 77 | | 11/28/2018 | Bill Payment (Check) | 2017-1450 | Bardwell C. Salmon | | -1,850.00 |
| 78 | | 11/28/2018 | Check | 2017-1451 | John Niemoller | Bonus | -4,000.00 |
| 79 | | 11/30/2018 | Check | | John Niemoller | PPE 11/30/18 | -7,234.91 |
| 80 | | 12/04/2018 | Bill Payment (Check) | 2017-1461 | Bardwell C. Salmon | | -1,190.00 |
| 81 | | 12/06/2018 | Bill Payment (Check) | 2017-1463 | John Niemoller | | -519.65 |
| 82 | | 12/14/2018 | Check | 2017-1470 | Bardwell C. Salmon | | -5,000.00 |
| 83 | | 12/15/2018 | Check | | John Niemoller | PPE 12/15/18 | -7,234.91 |
| 84 | | 12/18/2018 | Check | 2017-1475 | John Niemoller | Geosyntec (balance due from overpayment of prior bonus balance | -1,737.13 |
| 85 | | 12/20/2018 | Check | 2017-1477 | John Niemoller | tax rate change 1/1-12/20 | -1,533.70 |
| 86 | | 12/21/2018 | Bill Payment (Check) | 2017-1479 | John Niemoller | | -925.00 |
| 87 | | 12/31/2018 | Check | 2017-1484 | John Niemoller | PPE 12/31/18 | -7,234.91 |
| 88 | | 01/15/2019 | Check | 2017-1491 | Bardwell C. Salmon | | -5,000.00 |
| 89 | | 01/15/2019 | Check | 2017-1493 | John Niemoller | PPE 01/15/19 | -6,697.70 |
| 90 | | 01/17/2019 | Check | 2017-1496 | Bardwell C. Salmon | | -5,300.00 |
| 91 | | 01/18/2019 | Check | 2017-1503 | John Niemoller | | -5,000.00 |
| 92 | | 01/25/2019 | Bill Payment (Check) | | Bardwell C. Salmon | | -1,434.04 |
| 93 | | 01/31/2019 | Check | | John Niemoller | PPE 01/31/19 | -6,697.70 |
| 94 | | 02/01/2019 | Check | 2017-1513 | John Niemoller | | -5,000.00 |
| 95 | | 02/04/2019 | Bill Payment (Check) | 2017-1515 | John Niemoller | | -925.00 |
| 96 | | 02/04/2019 | Check | 2017-1516 | John Niemoller | | -3,045.58 |
| 97 | | 02/06/2019 | Bill Payment (Check) | | Beaver Worldwide LLC | | -5,000.00 |
| 98 | | 02/13/2019 | Bill Payment (Check) | 2017-1527 | Bardwell C. Salmon | | -7,200.00 |
| 99 | | 2/15/2019 | Check | | John Niemoller | PPE 02/15/19 | -6,697.70 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 100 | | 02/19/2019 | Check | 2017-1528 | John Niemoller | | -75.19 |

# United States Bankruptcy Court
## District of Massachusetts

In re    **Perillon Software Inc.**                                      Case No.

Debtor(s)                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| See attached list of equity security holders | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the attached List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    3/22/2019                              Signature    /s/ Bardwell C. Salmon

                                                              **Bardwell C. Salmon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Name | Preferred(%) | Common (%) |
|------|-------------:|-----------:|
| Ain, A. | 0.682% | 0.000% |
| Ain, M. | 2.677% | 0.743% |
| Ain, R. | 0.396% | 0.000% |
| Allister, J | 0.774% | 0.000% |
| Anderson, D. | 1.662% | 0.171% |
| Anderson, R. | 1.205% | 0.000% |
| Ballentine, R. | 0.080% | 0.095% |
| Barnes-Brown, P. | 1.098% | 0.424% |
| Battaglia, A. | 1.531% | 0.333% |
| Black, T. | 1.046% | 0.000% |
| Burglechner, W. | 0.240% | 0.133% |
| Chinnasamy, I. | 0.000% | 0.000% |
| Comeau, J. | 0.000% | 0.000% |
| Cravens, C. | 0.794% | 0.000% |
| Cummins, D. | 1.223% | 1.886% |
| DeCastro, E. | 0.660% | 0.000% |
| DiPietro, M. | 0.000% | 0.722% |
| Dittmer, D. | 1.003% | 0.000% |
| Donnelly, J. | 0.302% | 0.000% |
| Drahusz, D. | 0.000% | 0.000% |
| Elrich, M | 0.634% | 0.000% |
| Foss, W. | 0.000% | 0.000% |
| Freedman, A | 0.241% | 0.000% |
| Gallino, B. | | |
| Gordon, C. | 0.000% | 0.095% |
| Goulder, M. | 0.677% | 0.000% |
| Greiner, K | 0.000% | 0.571% |
| Heyman, J. | 1.177% | 0.095% |
| Hoffman, J. | 11.542% | 2.088% |
| Holland, T. | 0.479% | 0.095% |
| Hoskins | 0.944% | 0.000% |
| Ilyadis | 0.957% | 0.071% |
| Jensen, James | | |
| Johnson, D | 0.000% | 0.229% |
| Karl Kranz Revocable Trust | 0.604% | |
| Keim, A. | 0.635% | 0.476% |
| Kimple, J. | 1.373% | 0.333% |
| Kirby, R. | 2.007% | 2.657% |
| Lapine, J. | | |
| Lawrence Academy | 0.000% | 0.381% |
| Leahy, J. | 0.974% | 0.000% |
| Levine, J. | 0.661% | 0.238% |
| Mahoney, D. | 0.000% | 0.000% |
| Mandel, D. | 0.764% | 0.000% |
| Mandel, S. | 1.924% | 0.000% |

| | | |
|---|---|---|
| Martin, S. | 0.000% | 0.429% |
| McClure, H | | |
| McConaughy, J. | 0.000% | 0.286% |
| McGrath, J. | 0.132% | 0.000% |
| McGrath, T | 0.606% | 0.190% |
| McGuire, C&D | 0.363% | 0.000% |
| Meduski, R. | 1.268% | 0.000% |
| Mesches, P. | 0.650% | 0.000% |
| Milsted, E. | 0.650% | 0.000% |
| Morrison, M. | 2.631% | 0.000% |
| Morse, Barnes-Brown & Pendleton, P.C. | 0.000% | 0.114% |
| Naudon, C | 1.998% | 0.171% |
| Needham, G. | 0.330% | 0.000% |
| Niemoller, J. | 0.014% | 19.049% |
| Niemoller, J.F. | 0.451% | 0.000% |
| Niemoller, L. | 0.451% | 0.000% |
| Pearson, P. | 0.000% | 0.000% |
| Peck, R. | 0.345% | 0.238% |
| Pedersen, E. | 1.993% | 0.286% |
| Pomeroy, D | 0.000% | 1.429% |
| Poole, | 0.335% | 0.238% |
| Potmeyer, K. | 0.000% | 1.429% |
| Quiff Investment | 0.399% | 0.000% |
| Roberts, E. | 1.154% | 0.667% |
| Rossi, D. | 0.000% | 0.000% |
| Roth, D | 0.000% | 0.000% |
| Salmon, B. | 0.772% | 31.864% |
| Salmon, C. | 0.000% | 9.524% |
| Salmon, W. | 8.138% | 4.172% |
| Sauvadon, K. | 0.000% | 0.000% |
| Schwenk, G | 1.171% | 0.000% |
| Scott Group | 7.038% | 6.219% |
| Scott, A Jr. | 1.725% | 0.000% |
| Scott, A. | 0.000% | 0.000% |
| Sharp, K | 0.000% | 0.000% |
| Silicon Valley Bank | 0.302% | 0.000% |
| Silverman, H. | 6.891% | 0.571% |
| Sneeringer, G | | |
| Softky, E/FBO Buddhist Priest Fellowship | 0.000% | 0.500% |
| Trabudo, J. | 0.363% | 0.000% |
| Usitalo, S. | 0.343% | 0.000% |
| Usitalo-Niemoller, J | 0.000% | 1.429% |
| Vella, S. | 0.317% | 0.000% |
| Vincent, E. | 0.817% | 1.029% |
| Wallace, E. | 3.535% | 5.280% |
| Webber, S. | 11.403% | 2.476% |
| Wiggins, S. | 0.245% | 0.000% |

Wyman, G                           2.019%      0.571%
Young, K


Total Shares                        100%        100%
Less SVB warrant
Total Shares

# United States Bankruptcy Court
## District of Massachusetts

In re    **Perillon Software Inc.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 22, 2019**

**/s/ Bardwell C. Salmon**

**Bardwell C. Salmon**/**Chief Executive Officer**
Signer/Title

Aaron Freedman
69 Park Road
Chelmsford, MA 01824

Aditas LLC c/o CRE Management LLC
c/o Leader Bank
PO Box 1560
Arlington, MA 02474-3000

Allete, Inc.
30 West Superior Street
Duluth, MN 55802

Arnold Scott
90 Bishops Forest Drive
Waltham, MA 02452

AstraZeneca Pharmaceuticals LP
PO Box 15250
Wilmington, DE 19850

Ball Corporation
10 Long Peaks Drive
Broomfield, CO 80021

Banking Spectrum, Inc.
1430 Broadway, Suite 1100
New York, NY 10018

Bardwell Salmon
154 Farmers Row
Groton, MA 01450

Beaver Worldwide LLC
154 Farmers Row
Groton, MA 01450

Beth Gallino
237 Moody Street #467
Waltham, MA 02453

Bloebaum Revocable Trust
109 North Main Street
Performance Place #1401
Dayton, OH 45402

Boral
200 Mansell Court East #305
Roswell, GA 30076

Bostik, Inc.
11320 W. Watertown Plank Road
Milwaukee, WI 53226

Brendan LeBlanc
2 Cross Street
Amherst, NH 03031

Bruce Richardson
2400 Beacon Street #607
Chestnut Hill, MA 02467

Citicorp Credit Services
c/o Retail Services
P.O. Box 70921
Charlotte, NC 28272

Cleco Corporate Holdings LLC
PO Box 4387
Pineville, LA 71361

Connecticut Water Company
93 West Main Street
Clinton, CT 06413

Continental Cement Companu
10107 Highway 79
Hannibal, MO 63401

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

Dan & Carol Maguire
700 Suncook Valley Highway
Epsom, NH 03234

Daniel Druhasz
8 Merrimac Drive
Pepperell, MA 01463

David H Benton Jr.
3 Perigo Lane
Norfolk, MA 02056

David Rossi
53 Nashua Road
Pepperell, MA 01463

Deborah E. Poll Trust
8890 South Ridge Ct S.W.
Byron Center, MI 49315

Denbury Onshore, LLC
5320 Legacy Drive
Plano, TX 75024

Diamondback E&P LLC
500 West Texas Ave Suite
Midland, TX 79701

Duquesne Light Company
Accounts Payable 7-6 411 7th Avenue
PO Box 1920
Pittsburgh, PA 15230

East Kentucky Power Cooperative
4775 Lexington Road
Winchester, KY 40391

Eastern Continental Mgmt
P.O. Box 204
East Walpole, MA 02032

Edward B Roberts Trust - 2003
300 Boylston Street #1102
Boston, MA 02116

Edwin Wallace
100 Summer Street, Floor 30
Boston, MA 02110

Eric Pedersen
521 High Rock Street
Needham, MA 02492

Faurecia Automotive Interior, Inc.
PO Box 2214557
Auburn Hills, MI 48321

Flexcon
1 Flexcon Industrial Park
Spencer, MA 01562

G. Mead Wyman
8 Willard Street
Cambridge, MA 02138

GetGo Inc.
2247 Sunnyside Drive
Cedar City, UT 84720

Harry B. Silverman
42 Grey Lane
Lynnfield, MA 01940

Ilango Chinasamy
12 Baldwin Street
Winchester, MA 01890

Internal Revenue Service
PO Box 37004
Hartford, CT 06176

Internap Network Services
Dept. 0526
PO Box 120526
Dallas, TX 75312

James Donnelly
285 Salisbury Street
Worcester, MA 01609

Janet & Jim Giebutowski
17 Columbine Road
Weston, MA 02493

John Niemoller
22 Nashua Road
Groton, MA 01450

Joseph Hoffman
47 Windsor Road
North Haven, CT 06473

Julie Comeau
819 West Street
Lunenburg, MA 01462

Kabbage, Inc.
925B Peachtree Street NE, Suite 1688
Atlanta, GA 30309

Karen Young
24846 Hon Avenue
Laguna Hills, CA 92653

Karl Theodor Krantz Revocable Trust
6 Storybrook Lane
Amherst, NH 03031

Kimberly Sauvadon
3 Vine Grove Way
Gurley, AL 35748

Kyra Sharp
25310 E. Ottawa Drive
Aurora, CO 80016

Lee B. Hurd
830 E Camino Corrida
Tucson, AZ 85704

Levine, Katz, Nannis & Solomon, P.C.
29 Crafts Street Suite 510
Newton, MA 02458

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Matrix Service Company
5100 E. Skelly Drive
Tulsa, OK 74135

McNamara Contracting Inc.
16700 Chippendale Ave
Rosemount, MN 55068

Morse, Barnes-Brown
CityPoint 230 Third Avenue 4th Floor
Waltham, MA 02451

National Fuel Gas Supply Corp
Accounts Payable
6363 Main Street
Buffalo, NY 14221

Naudon & Allister
1430 Broadway #1100
New York, NY 10018

Nevada Power Company dba NV Energy
Accounts Payable - S4A60
P.O. Box 10100
Reno, NV 89520

NGUSA Service Company
Accounts Payable Department C-1
300 Erie Blvd West
Reno, NV 89520

Norman Robertson
179 Main Street
Groton, MA 01450

Palo Alto Research Center Incorporation
3333 Coyote Hill Road
Palo Alto, CA 94304

Paul Wing
10 Park Place
Delmar, NY 12054

PC Connection Sales Corp
PO Box 536472
Pittsburgh, PA 15253

Perdure Petroleum LLC
12012 Wickchester Lane, Suite 600
Houston, TX 77079

Peter Barnes-Brown
719 Webster Street
Needham, MA 02492

Philip Pearson
30 Grogan Path
Marlborough, MA 01752

Precision Corporate Services
PO Box 960141
Boston, MA 02196

Presidio Networked Solutions
Attn: Pat MacGibbon
10 Sixth Road
Woburn, MA 01801

QlikTech Inc.
25686 Network Place
Chicago, IL 60673

Robert Anderson
270 Whiley Road
Groton, MA 01450

Scott Group
90 Bishops Forest Drive
Waltham, MA 02452

Scott Group LLC
14 Cortland Ave
Stratham, NH 03885

Sidney Mandel
1001 Avenue of the Americas, 10th Floor
New York, NY 10018

Steve Webber
2824 Silverleaf Lane
Naples, FL 34105

Tennant Company
701 Lilac Drive
Minneapolis, MN 55422

Tesco Corporation
3993 West Sam Houston Parkway
Houston, TX 77043

Tokai Carbon CB
201 Main Street
Fort Worth, TX 76102

Tony Haskins
1373 Kessler Ave
Waterford, MI 48328

U.S. Bank Equipment Finance
1005 Convention Plaza
Saint Louis, MO 63101

Unisea Inc.
15400 NE 90th Street
PO Box 97019
Redmond, WA 98073

VAR Technology Finance
2330 Interstate 30
Mesquite, TX 75150

Verizon
PO Box 1100
Albany, NY 12250

Westar Energy
818 S. Kansas Ave.
Topeka, KS 66612

William Salmon Trust
1112 Pleasant Grove Road
Locust Grove, VA 22508

# United States Bankruptcy Court
## District of Massachusetts

In re    **Perillon Software Inc.**

                     Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Perillon Software Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 22, 2019**

Date

**/s/ David B. Madoff**

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for    **Perillon Software Inc.**

**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**